NUMBER 13-01-560-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

____________________________________________________________________


C & C BAKERY, INC. (NOW TIA ROSA'S) , Appellant,


v.


GERARDO GUTIERREZ , Appellee.

____________________________________________________________________


On appeal from the 92nd District Court

of Hidalgo County, Texas.

____________________________________________________________________


O P I N I O N


Before Justices Dorsey, Rodriguez, and Castillo

Opinion Per Curiam

 Appellant, C & C BAKERY, INC. (NOW TIA ROSA'S), perfected an appeal from an order entered by the 92nd District
Court of Hidalgo County, Texas, in cause number C-743-01-A . After the record and appellant's brief were filed, appellant
filed a motion to dismiss the appeal. Appellant requests that this Court dismiss the appeal due to the compromise and
settlement in the underlying causes.

 The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the
motion should be granted. Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 29th day of November, 2001 .